FILE COPY



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 02-17-00204-CR
## NO. 02-17-00205-CR

ISAIAH R. WILLIAMS                                APPELLANT

V.

THE STATE OF TEXAS                                   STATE

------------

### FROM THE 396TH DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 1451790D, 1452066D

------------

## ORDER

------------

Appellant's attorney has filed in this court a motion to withdraw as appellant's court-appointed attorney in the above entitled and numbered causes. Appellant's attorney has also filed a brief in support of that motion. Appellant, after having been notified of this fact, now requests to examine the record for the purpose of preparing a pro se response to the *Anders* brief.

The trial court clerk is ordered to make the record available to appellant by **Friday, December 15, 2017**. The trial court clerk shall also provide written notification to the court of appeals by **Friday, December 15, 2017**, that the record has been made available to appellant.

2

The clerk of the court is directed to transmit a copy of this order to the appellant, the attorneys of record, the trial court judge, the trial court clerk, and the court reporter.

DATED December 1, 2017.

PER CURIAM